Certificate Number: 04198-OHS-CC-012219855


04198-OHS-CC-012219855

## CERTIFICATE OF COUNSELING

I CERTIFY that on <u>September 3, 2010</u>, at <u>2:11</u> o'clock <u>PM EDT</u>, <u>Charles F. Wilson</u> received from <u>Advantage Debt Management of America</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Southern District of Ohio</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by telephone</u>.

Date: <u>September 3, 2010</u>     By: <u>/s/Cindy Grey</u>

Name: <u>Cindy Grey</u>

Title: <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).