United States Bankruptcy Court
Southern District of Ohio
Cincinnati Division

| | | |
|---|---|---|
| IN RE: | ) | Case No. 10-16255 |
| Charles F. Wilson | ) | Chapter 7 |
| Melissa M. Wilson | ) | Judge Aug, Jr. |
| Debtor | ) | CERTIFICATE OF MAILING |
| | ) | OF TAX RETURNS |

Debtors, Charles F. Wilson and Melissa M. Wilson, by and through counsel, hereby certify that true copies of their Federal Income Tax Return was mailed to Mr. Eric W. Goering, Esq. Trustee, 220 West Third Street, Suite 399 Cincinnati, OH 45202 on this 26th day of September 2010.

/S/
Dennis J. Lamm (0008679)
Bar Registration No. #0008679
7237 Cincinnati-Dayton Road
Suite 201-A
West Chester, Ohio 45069
(513) 777-7460
(513) 777-7542 (facsimile)
Email: dennislamm@dlamm.com
Attorney for Debtor