Certificate Number: 05781-OHS-DE-012580542

Bankruptcy Case Number: 10-16255


05781-OHS-DE-012580542

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 6, 2010</u>, at <u>11:17</u> o'clock <u>AM PDT</u>, <u>Charles F. Wilson</u> completed a course on personal financial management given <u>by telephone</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Ohio</u>.

Date: <u>October 6, 2010</u>   By: <u>/s/Allison M Geving</u>

   Name: <u>Allison M Geving</u>

   Title: <u>President</u>